# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Michael Damian Glenn Blocker, <br> *Plaintiff* <br> v. <br> S.C.D.P.P.P.S.; Larry Patton, Jr. *in their official capacity*; Kershaw Correctional Inst.; AW Cannin *in their individual capacity*; AW Ford *in their individual capacity*; Major Smith *in their individual capacity*; Capt. Davies *in their individual capacity*; Capt. Goodwen *in their individual capacity*; Nurse Broche *in their individual capacity*; Nurse Black *in their individual capacity*; Caseworker Rague *in their individual capacity*; Manning C. I.; Officer Igim *in their individual capacity*; Capt. Branell *in their individual capacity*, <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 1:18-cv-03316-JMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant) *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Michael Damian Glenn Blocker, shall take nothing of the defendants, S.C.D.P.P.P.S. Larry Patton, Jr. *in their official capacity*, Kershaw Correctional Inst., AW Cannin *in their individual capacity*, AW Ford *in their individual capacity*, Major Smith *in their individual capacity*, Capt. Davies *in their individual capacity*, Capt. Goodwen *in their individual capacity*, Nurse Broche *in their individual capacity*, Nurse Black *in their individual capacity*, Caseworker Rague *in their individual capacity*, Manning C. I., Officer Igim *in their individual capacity* and Capt. Branell *in their individual capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  April 24, 2019	ROBIN L. BLUME, CLERK OF COURT

	s/L. Baker
	*Signature of Clerk or Deputy Clerk*